# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 11-2056 ODW (JCG) | Date | March 29, 2012 |
|---|---|---|---|
| Title | Urbano Juarez v. The California Institution For Men, *et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Beatriz Martinez | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

Pursuant to the Court's March 6, 2012 Order, Plaintiff was granted leave to file a Second Amended Complaint up and until March 28, 2012.  (*See* Mar. 6, 2012 Ord. at 4-5.)  As of today's date, Plaintiff has yet to file a Second Amended Complaint.

Accordingly, within **fourteen (14) days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  If Plaintiff files his Second Amended Complaint within **fourteen (14) days** of the date of this Order, he need not separately respond to this Order to Show Cause.  Plaintiff is cautioned that his failure to timely file a response will be deemed by the Court as consent to the dismissal of this action without prejudice.

cc:  Parties of Record

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | bm | |