# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBANO JUAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CALIFORNIA INSTITUTION FOR MEN, *et al.*,<br><br>　　　　Defendants. | Case No. ED CV 11-2056 ODW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 17, 2012

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE