# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBANO JUAREZ, | Case No. ED CV 11-2056 ODW (JCG) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE CALIFORNIA INSTITUTION FOR MEN, *et al.*, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 17, 2012

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE